IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

AMANDA M. WORMAN                                                                         PLAINTIFF

v.                                    Case No. 3:11-CV-03033

ALLSTATE INDEMNITY COMPANY                                                     DEFENDANT

## ORDER

Currently before the Court is Plaintiff Amanda Worman's Fourth Motion to Compel (Doc. 85). This Motion is **DENIED** due to Plaintiff's failure to comply with Local Rule 7.2(g), which states that all motions to compel discovery "shall contain a statement by the moving party that the parties have conferred in good faith on the specific issue or issues in dispute and that they are not able to resolve their disagreements without the intervention of the Court." Rather than comply with both the letter and spirit of Local Rule 7.2(g), Plaintiff's counsel advises that he "communicated with defense counsel" concerning Plaintiff's request for supplementation of discovery responses. (Doc. 85, p. 3). However, merely communicating a request for discovery to opposing counsel is not the same as *conferring* with opposing counsel in good faith to resolve a discovery dispute prior to filing a motion with the Court. Local Rule 7.2(g) exists to ensure that the Court's valuable time and resources not be squandered on the minutia of discovery disputes that can, and should if at all possible, be resolved by the parties themselves. Plaintiff may file a renewed motion to compel if, after complying with the Local Rules, she still requires Court intervention.

**IT IS SO ORDERED** this 19th day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE